```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**EDWIN MARRERO,**

    **Petitioner**

**v.**                          **//**       **CIVIL ACTION NO. 1:11CV106**
                                              **(Judge Keeley)**

**TERRY O'BRIEN,**
**Warden,**

    **Respondent.**

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 8, 2011, pro se petitioner, Edwin Marrero ("Marrero"), filed a petition pursuant to 28 U.S.C. § 2241 (dkt. no. 1) as well as a "Motion for an Emergency Abeyance Order" (dkt. no. 6). The Court referred this matter to United States Magistrate Judge Kaull for initial screening and a report and recommendation in accordance with  Local Rule of Prisoner Litigation 83.02.

On December 6, 2011, Magistrate Judge Kaull issued an Opinion and Report and Recommendation ("R&R") recommending that Marrero's petition and motion be denied and that this case be dismissed without prejudice (dkt. no. 16). Magistrate Judge Kaull determined that Marrero's § 2241 petition was improperly filed because it does not challenge the legality of his custody or seek speedier release from imprisonment; alternatively, to the extent it does, Marrero failed to first exhaust his administrative remedies.

The R&R also specifically warned Marrero and O'Brien that failure to object to the recommendation would result in the waiver

**MARRERO v. O'BRIEN**                                                                 **1:11CV106**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

of any appellate rights they may have on this issue. The parties, however, filed no objections.[1]

Consequently, the Court **ADOPTS** the Report and Recommendation in its entirety (dkt. no. 16), **DENIES AS MOOT** the motion for an emergency abeyance (dkt. no. 6), and **ORDERS** the petition for writ of habeas corpus **DISMISSED WITHOUT PREJUDICE** (dkt. no. 1) and the case stricken from the Court's docket.

It is so **ORDERED.**

Pursuant to Fed. R. Civ. P. 58, the Court directs the Clerk of Court to enter a separate judgment order and to transmit copies of both orders to counsel of record and to the pro se petitioner, certified mail, return receipt requested.

Dated: January 9, 2012

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE

---

[1] The failure to object to the Report and Recommendation not only waives the appellate rights in this matter, but also relieves the Court of any obligation to conduct a de novo review of the issue presented. See Thomas v. Arn, 474 U.S. 140, 148-153 (1985); Wells v. Shriners Hosp., 109 F.3d 198, 199-200 (4th Cir. 1997).